IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

COAHOMA COMMUNITY COLLEGE                                                 PLAINTIFF

v.                                                                     CIVIL ACTION NO. 4:24-CV-124-DMB-DAS

UNITED STATES OF AMERICA                                                DEFENDANT

<u>ORDER STAYING CASE</u>

Considering the lapse in appropriations and the resulting partial shutdown of the federal government, the court finds a temporary stay of proceedings is warranted.

It is therefore ordered that:

1. This action is **STAYED** in its entirety until appropriations are restored and the Department of Justice resumes normal operations in civil litigation.

2. All current deadlines are suspended for the duration of the stay.

This the 7th day of October, 2025.

                                                                          /s/ David A. Sanders
                                                                          UNITED STATES MAGISTRATE JUDGE